# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTORIANO GARCIA-LOPEZ,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

3:14-cv-42-RCJ-VPC

**ORDER**

## I. DISCUSSION

On April 28, 2014, this Court entered a screening order dismissing the complaint in its entirety pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). (ECF No. 5 at 5). The Clerk of the Court entered judgment accordingly. (ECF No. 7).

On August 12, 2014, Plaintiff filed a motion to reopen the case. (ECF No. 9). In his motion to reopen his case, Plaintiff files a motion for an appointment of counsel and attaches numerous exhibits. (*See generally* ECF No. 9). The Court denies the motion to reopen this case. Plaintiff shall not file any further documents in this case.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to reopen the case (ECF No. 9) is denied.

IT IS FURTHER ORDERED that Plaintiff shall not file any further documents in this case.

Dated: This 25th day of August, 2014.

_____
United States District Judge