# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO GARCIA LOPEZ, | 3:14-CV-042-RCJ (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | September 23, 2014 |
| STATE OF NEVADA, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for photocopies (#11) is **GRANTED in part**. Because the court maintains an electronic copy of plaintiff's motion to reopen case (#9), the Clerk shall **SEND** to plaintiff the original motion to reopen.

Plaintiff is reminded that it is not the court's obligation to provide litigants, even indigent ones, with copy services. A prisoner plaintiff bringing a civil action has no general constitutional right to free photocopying services (*see Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989), nor does his alleged indigent status entitle him to such services (*see Tabron v. Grace*, 6 F.3d 147, 159 (5th Cir. 1993)). Plaintiff must make arrangements in the future to make copies of any document he wishes to keep. If plaintiff is unable to afford photocopies, he should recreate his own handwritten copy for his use.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/         
Deputy Clerk