**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VITORIANO LOPEZ, | ) | 3:14-CV-0042-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 17, 2016 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 28, 2014, plaintiff's complaint was dismissed in its entirety (ECF No. 5), and judgment was entered accordingly (ECF No. 7). Plaintiff's motion to reopen case was also denied (ECF No. 10) in 2014. Therefore,

Plaintiff's motion to extend prison copywork limit in this case (ECF No. 13) is **DENIED**. Plaintiff is reminded that the District Court ordered that he "shall not file any further documents in this closed case" (ECF No. 10).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk